**Dismissed and Memorandum Opinion filed January 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-11-00952-CV

_____

## JOE GARZON, Appellant

## V.

## U.S. BANK NATIONAL ASSOCIATION, Appellee

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 999178**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from a judgment signed October 17, 2011.  No clerk's record has been filed.  The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On December 21, 2011, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment.  *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record or demonstrated that he has made arrangements to pay for the record.  Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.